# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                    Reply to Northern Division Address

April 9, 2003

Re:     Keith W. Dotson et al  vs. ACandS, Inc., et al
        Civil Action No.: JFM-02-4094
        Criminal Action No.:

Dear Counsel:

[ X  ] On April 7, 2003, an Order was filed transferring the above-captioned case to United States District Court Eastern District of Pennsylvania.


[   ]     On, an Order was filed accepting jurisdiction by your court in this case.  Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[   ]     Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a).  Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

        Thank you for your cooperation and courtesy in this matter.

                                        Sincerely,

                                        Felicia C. Cannon, Clerk


                        By:     Janet Buker
                                Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____                    Letter Transferring Case (Rev. 02/26/2002)

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**